NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING LP, SWS GROUP, INC., AND SOUTHWEST SECURITIES, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 962

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0326, Judge Leonard Davis.

---

IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION

CORPORATION, OPTIONS PRICE REPORTING AUTHORITY, BOSTON OPTIONS EXCHANGE GROUP, LLC, CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., AND NEW YORK MERCANTILE EXCHANGE, INC.,
*Petitioners.*

Miscellaneous Docket No. 964

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0327, Judge Leonard Davis.

---

IN RE THOMSON REUTERS CORPORATION, FACTSET RESEARCH SYSTEMS INC., BLOOMBERG L.P. AND INTERACTIVE DATA CORPORATION,
*Petitioners.*

Miscellaneous Docket No. 967

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 6:09-CV-00333, Judge Leonard Davis.

ON PETITION

ORDER

Upon consideration of Bank of New York Mellon Corporation's unopposed motion to withdraw as petitioner,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

<u>APR 0 6 2011</u>                          /s/ Jan Horbaly
           Date                          Jan Horbaly
                                         Clerk

cc:  Daniel A. DeVito, Esq.
     Robert A. Cote, Jr., Esq.
     Keith J. Grady, Esq.
     Scott F. Partridge, Esq.
     Rick L. Rambo, Esq.
     David R. Francescani, Esq.
     Michael M. Murray, Esq.
     Lynn E. Rzonca, Esq.
     James H. Shalek, Esq.
     Benjamin W. Hattenbach, Esq.
     Constance S. Huttner, Esq.
     John M. DiMatteo, Esq.
     Brian E. Moran, Esq.
     Clerk, United States District Court For The Eastern
District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2011

JAN HORBALY
CLERK